KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CARMEN LUCIA BRACAMONTES VALDEZ, an individual,

      Plaintiff,

      v.

COSTCO WHOLESALE, a Corporation; and DOES 1 to 50, Inclusive,

      Defendant.

Case No. 5:25-cv-01193 KK (SPx)

**ORDER**

District Judge:    Kenly Kiya Kato
Magistrate Judge:  Sheri  Pym
Courtroom:     3
Action Filed:    02/20/2025

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

DATED:  May 7, 2026

HON. KENLY KIYA KATO
JUDGE OF THE UNITED STATES DISTRICT COURT

30877097.1

1
ORDER